# The Law Office Of
# STEVEN A. MORELLI

One Old Country Road, Suite 347, Carle Place, New York 11514

Tel: 516-393-9151                                                                                           Fax: 516-747-5024

May 5, 2010

*Via ECF and Regular Mail*

DEVITT SPELLMAN BARRET, LLP
Jelte de Jong
Kelly E. Wright
50 Route 111, Suite 314
Smithtown, NY 11787

        Re: *Christopher Broich v. The Incorporated Village of Southampton, et al.*
        *Docket No. 08-cv-0553 (SJF) (ARL)*

Dear Ms. DeJong:

Enclosed for service upon you, please find the following:

1) Declaration of Eric S. Tilton in Opposition to Defendants' Objections with Exhibits A-D.

2) Memorandum of Law in Opposition to Defendants' Objections

Pursuant to the judge's rules, the moving party will file all papers on ECF. We have supplied your office with the above in electronic format. Additionally, enclosed is a courtesy copy to be mailed to Hon. Feuerstein's chambers once the motion is fully briefed.

Very Truly Yours,

ERIC S. TILTON