UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER BROICH,

                  Plaintiff,

-against-

THE INCORPORATED VILLAGE OF
SOUTHAMPTON, THE BOARD OF TRUSTEES
OF THE INCORPORATED VILLAGE OF
SOUTHAMPTON, MARK EPLEY, Individually and
as Mayor of The Incorporated Village of Southampton,
BONNIE M. CANNON, Individually and as Trustee of
The Incorporated Village of Southampton, NANCY C.
MCGANN, Individually and as Trustee of The Incorporated
Village of Southampton, PAUL L. ROBINSON, Individually
and as Trustee of The Incorporated Village of Southampton,
LARS KING, Individually and as Former Chief of Police of
The Incorporated Village of Southampton, and WILLIAM
WILSON JR., Individually and as Chief of Police of
The Incorporated Village of Southampton,

                  Defendants.
------------------------------------------------------------X

**NOTICE OF APPEARANCE**
08-CV-553 (SJF)(ARL)

To the Clerk of this Court and all parties of record:

    Please enter my appearance as lead counsel in this case for Plaintiff, Christopher Broich.

    I certify that I am admitted to practice before this Court.

Dated: Garden City, New York
         November 18, 2014

                                            _____
                                            Anabia Hasan, Esq.
                                            The Law Office of Steven A. Morelli, P.C.
                                            1461 Franklin Avenue
                                            Garden City, NY 11530
                                            (516) 393-9151
                                            Fax: (516) 280-7528

VIA: ECF